IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**SAFETY POINT PRODUCTIONS,
LLC, *et al.*,**

        **Plaintiffs,**

  **vs.**                                            Civil Action 2:12-CV-1090
                                                   Judge Graham
                                                   Magistrate Judge King

**Does 1-90,**

        **Defendants.**

<u>**ORDER**</u>

    This case was filed on November 27, 2012.  It does not appear that service of process has been completed.

    Plaintiff is **ORDERED** to show cause, within fourteen days, why the action should not be dismissed.  *See* Fed. R. Civ. P. 4(m).


<u>April 4, 2013</u>                                          <u>*s/ Norah McCann King*</u>
                                                             Norah McCann King
                                                     United States Magistrate Judge