**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**SAFETY POINT PRODUCTIONS,
LLC,** *et al.,*

    **Plaintiffs,**

  **vs.**          **Civil Action 2:12-CV-1090
             Judge Graham
             Magistrate Judge King**

**Does 1-90,**

    **Defendants.**

<u>**ORDER**</u>

  The complaint in this action was filed on November 27, 2012.  It does not appear that service of process has been completed on any defendant.  On April 4, 2013, plaintiffs were ordered to show cause why the action should not be dismissed.  *Order*, Doc. No. 5.  There has been no response to that order.

  This action is hereby **DISMISSED**, pursuant to Fed. R. Civ. P. 4(m), for failure to effect timely service of process.

Date: May 3, 2013

       _____s/James L. Graham_____
       James L. Graham
       United States District Judge